IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAURICELLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORDIS CORPORATION,<br><br>　　　　Defendant.<br>_____/ | No. C 07-2016 SBA (PR)<br><br>**ORDER DIRECTING UNITED STATES MARSHAL TO SERVE DEFENDANT CORDIS CORPORATION PURSUANT TO FRCP 4(e)(2)** |

This Order concerns the matter of service upon Defendant Cordis Corporation.

Good cause appearing, the United States Marshal is hereby ORDERED to attempt to effect service upon Defendant Cordis Corporation. The United States Marshal shall serve CT Corporation System, an agent of Defendant Cordis Corporation "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2).

The Clerk shall provide the United States Marshal with the necessary summons and copies of: (1) the original complaint as well as copies of all attachments thereto (docket no. 1); (2) the Court's September 29, 2009 Order Dismissing Action with Leave to Amend (docket no. 27); (3) the amended complaint as well as copies of all attachments thereto (docket no. 32); and (4) this Order. The United States Marshal shall attempt service within **ten (10) days**. The Clerk shall include on the summons form, USM 285, the following special instructions:

> Pursuant to Rule 4(e)(2), the United States Marshal shall serve **Defendant Cordis Corporation c/o CT Corporation System**, an agent of Defendant Cordis Corporation "authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e)(2). The address for such service shall be at 818 West Seventh Street, Los Angeles, California 90017.

IT IS SO ORDERED.

DATED: _7/1/10　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\SBA\CR.07\Lauricella2016.agentSERVICE.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAURICELLA, | Case Number: CV07-02016 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CORDIS CORPORATION et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Lauricella F-79306
CSATF State Prison at Corcoran
P.O. Box 5244
Corcoran, CA 93212

Dated: July 2, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.07\Lauricella2016.agentSERVICE.wpd

2