JAMES J. YUKEVICH (SBN 159896)
  JYukevich@yukelaw.com
ALEXANDER G. CALFO (SBN 152891)
  ACalfo@yukelaw.com
KELLEY J. SPENCER (SBN 245180)
  KSpencer@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
601 S. Figueroa Street, 38th Floor
Los Angeles, CA 90017
Telephone:  (213) 362-7777
Facsimile:   (213) 362-7788

Attorneys for Defendant
CORDIS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOSEPH LAURICELLA, | CASE NO. C-07-2016-SBA (PR) |
| Plaintiff, | [PROPOSED] ORDER DISMISSING ENTIRE ACTION |
| vs. | *[Filed concurrently with Joint Stipulation]* |
| CORDIS CORPORATION, (a Johnson and Johnson Co.), | *[Assigned to Hon. Saundra B. Armstrong]* |
| Defendant. | |

## ORDER

The Court, having considered the Joint Stipulation of Plaintiff JOSEPH LAURICELLA ("Plaintiff") and Defendant CORDIS CORPORATION ("Cordis") finds:

1.  WHEREAS Plaintiff seeks to voluntarily dismiss this action;

2.  WHEREAS Plaintiff and Cordis have stipulated to a mutual waiver of all fees and costs;

IT IS HEREBY ORDERED that the action *JOSEPH LAURICELLA, Plaintiff, vs. CORDIS CORPORATION, (a Johnson and Johnson Co.), Defendant*, United States District Court - Northern District of California Case No. C-07-2016-SBA

1  (PR) is dismissed in its entirety and with prejudice pursuant to Federal Rule of Civil
2  Procedure 41(a)(1).
3  **IT IS SO ORDERED.**
4
5
6  DATED: 9/30/10                    By: _____
7                                        HON. SAUNDRA B. ARMSTRONG
                                         United States District Court Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 South Figueroa Street, Thirty-Eighth Floor, Los Angeles, California 90017.

On September 30, 2010, I served true copies of the following document(s) described as **[PROPOSED] ORDER DISMISSING ENTIRE ACTION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Yukevich Calfo & Cavanaugh's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 30, 2010, at Los Angeles, California.

_____
Deanna Castellanos

<u>SERVICE LIST</u>
**JOSEPH LAURICELLA v CORDIS CORPORATION**
**Case No. U.S.D.C.-NORTHERN DISTRICT, OAKLAND DIVISION**
**CASE NO. C-07-2016-SBA (PR)**

| | |
|---|---|
| Joseph Lauricella, F-79306<br>Plaintiff Pro Se<br>P.O. Box 24681<br>San Jose, CA 95154 | Plaintiff Pro Se |
| Joseph Lauricella, F-79306<br>Plaintiff Pro Se<br>1955 Bird Avenue<br>San Jose, CA 95125 | Plaintiff Pro Se |